JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/22/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFONSO RUIZ,<br><br>       Petitioner,<br><br>    v.<br><br>P.D. BRAZELTON, WARDEN,<br><br>       Respondent. | CASE NO. CV 12-5346-AB (PJW)<br><br>J U D G M E N T |

   Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

   DATED:   September 22, 2015.

_____
ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE